UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA

vs.                                           CASE NO.: 5:04cr40/MCR

CAMERON SCOTT PUTMAN
_____/

ORDER REDUCING SENTENCE

Before the Court is the Government's Rule 35 motion (doc. 24) advising that a reduction in Defendant's sentence may be warranted by his cooperation and substantial assistance since his sentencing. The Court finds that a reduction is proper to reward his assistance to the Government in the investigation and prosecution of others.

Defendant's sentence of confinement is, therefore, reduced to 120 months. In all other respects, the original sentence imposed in the Judgment and Commitment Order filed October 26, 2004, shall remain unchanged.

ORDERED this 22nd day of August, 2005.

*s/ M. Casey Rodgers*
M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE